No. 98–7373.  WHITLATCH v. PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING.  Sup. Ct. Pa. Certiorari denied.

No. 98–7377.  POLLARD v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 98–7381.  SHAW v. DAVIS, WARDEN, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 98–7383.  CROMARTIE v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 98–7387.  BABBITT v. CALDERON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 98–7388.  BRYAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 98–7394.  HERMANEK v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–7397.  GENOA v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–7400.  HILL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–7402.  ANTONIO ESTEVEZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 98–7405.  PROBY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–7407.  SANDOVAL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–7408.  GONZALEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–7409.  VARGAS ESTRADA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 98–7412.  NAVARRO TORRES v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.